UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

UNITED STATES OF AMERICA

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: December 14, 2020

v.

16-CR-670 (KMW)
**ORDER**

MARIA SOLY ALMONTE,

        Defendant.
---------------------------------------------------------------X

KIMBA M. WOOD, United States District Judge:

        The Court notes the difficulties described by counsel in their December 14, 2020 letter to the Court, that is, their need for private, weekly, legal consultation with Ms. Almonte, and the need for Ms. Almonte to be evaluated, privately, by Dr. Jessica Pearson. (*See* Def.'s Dec. 14, 2020 Letter, ECF No. 331; *id.* at Ex. A.)

        The Court hereby ORDERS:

        That FCI Danbury allow weekly, private (with no one else present), legal telephone calls between Ms. Almonte and her lawyers;

        That FCI Danbury allow Ms. Almonte to communicate privately (with no one else present) with Dr. Jessica Pearson, via telephone on December 21, 2020, from 10 a.m. to 12 p.m.; and

That counsel for the Government serve this order forthwith on the general counsel for FCI Danbury, and to file a letter on the docket of this case attesting to the fact of such service.

SO ORDERED.

Dated: New York, New York
December 14, 2020

/s/ Kimba M. Wood
KIMBA M. WOOD
United States District Judge