USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 1, 2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

UNITED STATES OF AMERICA

-against-

MARIA SOLY ALMONTE

                Defendant.
--------------------------------------------------------X

16-CR-670 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

    On July 13, 2020, the Court re-appointed Anthony Cecutti and Jennifer Louis-Jeune to assist Defendant Maria Soly Almonte with her compassionate release motion. Since their re-appointment nine months ago, defense counsel have written four letters to the Court regarding the status of the motion. (ECF Nos. 333, 336, 337, 339.)

    Because defense counsel have failed to meet three separate deadlines that they have set for themselves, the Court hereby Orders defense counsel to submit the motion no later than **Friday, May 8, 2021, at 5 p.m.**

    SO ORDERED.

Dated: New York, New York
       May 1, 2021

                                                        /s/ Kimba M. Wood
                                                        KIMBA M. WOOD
                                               United States District Judge