```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: February 18, 2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA

    v.

MARIA SOLY ALMONTE,

        Defendant.

-------------------------------------------------------X

16-CR-670 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

    On December 17, 2018, Maria Soly Almonte was sentenced principally to a term of 20 years' imprisonment.  (J. at 3, ECF No. 259.)  On March 12, 2024, Almonte filed a request for appointment of counsel in connection with the United States Sentencing Commission's Amendment 821.  (Def.'s Mot., ECF No. 362.)  On April 24, 2024, the Court denied Almonte's request for appointment of counsel, agreeing with Probation's assessment that Almonte is ineligible for a sentence reduction because her sentence is below her amended Guidelines range. (Order, ECF No. 365.)

    On February 10, 2025, the Court received another request from Almonte for appointment of counsel, nearly identical to the March 12, 2024 request.  (ECF No. 366.)[1]  For the same reasons set out in the Court's April 24, 2024 Order, ECF No. 365, Almonte's renewed request for appointment of counsel is DENIED.

---

[1] As with Almonte's first request for appointment of counsel, ECF No. 362, this letter is addressed to the Federal Public Defenders Office and requests an attorney from that office be assigned to evaluate her case.  Because the Court construes *pro se* submissions liberally, it construes this request as a motion for appointment of counsel.

It has come to the Court's attention that the April 24, 2024 Order may not have been mailed to Almonte. The Clerk of Court is respectfully directed to mail a copy of this Order, along with ECF No. 365, to Almonte.

SO ORDERED.

Dated: New York, New York
February 18, 2025

*/s/ Kimba M. Wood*
KIMBA M. WOOD
United States District Judge

2