USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: September 9, 2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

UNITED STATES OF AMERICA

    v.

MARIA SOLY ALMONTE,

    Defendant.

--------------------------------------------------------X

16-CR-670-1 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

On December 17, 2018, Maria Soly Almonte was sentenced principally to a term of 20 years' imprisonment. (J. at 3, ECF No. 259.) On September 4, 2025, the Court received a letter from Almonte stating that she suffers from "major health and mental issues" and "would like to file for compassion[ate] release" on the basis of those health issues. (Def.'s Letter, ECF No. 368.) The Court construes Almonte's letter as a second[1] motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A).

Before the Court can consider a motion for compassionate release, however, a defendant must first "fully exhaust[] all administrative rights to appeal a failure of the Bureau of Prisons to bring a motion on the defendant's behalf or the lapse of 30 days from the receipt of such a request by the warden of the defendant's facility, whichever is earlier[.]" 18 U.S.C. § 3582(c)(1)(A). Defendant has not shown that she has exhausted her administrative remedies, either by requesting early release from the warden of her facility and being denied, or by waiting 30 days after making such a request.

---

[1] The Court previously denied Almonte's first motion for compassionate release on June 15, 2021. (Opinion & Order, ECF No. 352.) That motion similarly sought compassionate release on the basis of Defendant's mental health condition.

The Court is inclined to treat Almonte's letter as a motion for compassionate release and grants her leave to file an amended motion by November 10, 2025, showing that she has properly exhausted her administrative remedies.  If Almonte fails to respond to this Order by November 10, 2025, and cannot show good cause to excuse such failure, the letter will not be recharacterized as a compassionate release motion and will be deemed withdrawn.

The Clerk of Court is respectfully directed to mail a copy of this Order to Almonte.

SO ORDERED.

Dated: New York, New York
       September 9, 2025

                                                   /s/ *Kimba M. Wood*
                                                 KIMBA M. WOOD
                                      United States District Judge