USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: November 19, 2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | 16-CR-670-1 (KMW) |
| MARIA SOLY ALMONTE, | **ORDER** |
| Defendant. | |

KIMBA M. WOOD, United States District Judge:

      Defendant Almonte sought compassionate release in a letter to the Court dated September 4, 2025. (ECF No. 368.) By Order dated September 9, 2025, the Court granted Defendant until November 10, 2025, to show that she had properly exhausted her administrative remedies. (ECF No. 369.) That Order specified that failure to make such a showing would result in the Court deeming her letter withdrawn. Defendant has neither made such a filing nor responded to the Court's Order. Accordingly, Defendant's letter is deemed withdrawn.

SO ORDERED.

Dated:   November 19, 2025
           New York, New York

                                                    */s/ Kimba M. Wood*
                                                    KIMBA M. WOOD
                                          United States District Judge